USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JIE XU, *on behalf of all other employees similarly situated*, ET AL.,

                Plaintiffs,

-v-

NINTH AVE. KITCHEN CORP., ET AL,

                Defendants.

------------------------------------------------------------X

17-cv-7342 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    For the reasons set forth in the Magistrate Judge's Order (Dkt. No. 79), IT IS HEREBY ORDERED that this action shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

    SO ORDERED.

Dated: March 11, 2020
       New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge